FILED
2011 Mar-21  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

v.                                                Case Number CR 2:09-CR-82-IPJ

JAMARCY JOHN MACON
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JAMARCY JOHN MACON, was represented by Henry E. Lagman.

It appearing that the defendant in the above styled cause, who was convicted on 4/27/2009 and sentenced to custody for 15 months and placed on supervised release for a period of 36 months, has violated the terms of supervised release, it is hereby ORDERED and ADJUDGED that supervised release be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**. The incarceration fee is hereby waived. Defendant is hereby **reinstated** on supervised release to complete remainder of supervised release term imposed in original sentence.

The defendant shall be released from the custody of United States Marshal.

Done this 21st day of March, 2011.

_____
United States District Judge Inge P. Johnson